UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSS MOEN,<br>Plaintiff,<br>v.<br>MIDLAND CREDIT MANAGEMENT, INC.,<br>Defendant. | Case No. 2:26-cv-2780-JDP<br><br>ORDER TO SHOW CAUSE |

The court set an initial scheduling conference for October 29, 2026, and ordered the parties to file status reports by no later than October 15, 2026. ECF No. 4. Neither party has filed a status report.

To manage its docket effectively, the court imposes deadlines on litigants and requires litigants to meet those deadlines. The court may impose sanctions, including dismissing a case, for failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

The court will give the parties the opportunity to explain why sanctions should not be imposed for their failure to file a status report. The parties' failure to respond to this order will constitute another failure to comply with a court order. The parties shall also file a status report as required by the court's September 22, 2026 order by November 5, 2026. *See* ECF No. 4.

Accordingly, it is hereby ORDERED that:

1. The initial scheduling conference currently set for October 29, 2026, is continued to November 19, 2026, at 10:00 a.m.

2. By no later than November 5, 2026, the parties shall file a status report in accordance with the court's September 22, 2026 order. *See* ECF No. 4.

3. The parties shall show cause, by no later than November 5, 2026, why sanctions should not be imposed for failure to comply with the court's September 22, 2026 order.

4. Failure to comply with this order will result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: October 27, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE